**Opinion issued February 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-20-00555-CR

————————————————

## ELBIS CORTES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Case No. 1615818**

---

## MEMORANDUM OPINION

Appellant, Elbis Cortes, has filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decisions have issued. *See* TEX. R. APP. P. 42.2(a), (b). Accordingly, we grant the motion and dismiss the appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Guerra.

Do not publish. Tex. R. App. P. 47.2(b).